**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-2195**

———————

CHOICE HOTELS INTERNATIONAL, INCORPORATED,

Plaintiff - Appellee,

versus

SHIV, LLC; RASHIK M. PATEL; JAGDISH R. PATEL,

Defendants - Appellants.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-00-901-AW)

———————

Submitted:  February 28, 2001      Decided:  March 19, 2001

———————

Before WILLIAMS and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Onkar N. Sharma, SHARMA & BHANDARI, Silver Spring, Maryland, for
Appellants.  James G. Healy, Silver Spring, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Shiv, L.L.C., Jagdish R. Patel, and Rashik M. Patel, appeal the district court's orders denying the motion to vacate the default judgment and denying the motion for reconsideration. The Appellants claim that they established a meritorious defense to the action and extraordinary circumstances warranted vacating the default judgment. We have reviewed the record and the district court's memorandum opinion and find that the district court did not abuse its discretion. See Brown v. French, 147 F.3d 307, 310 (4th Cir. 1998); Heyman v. M.L. Mktg. Co., 116 F.3d 91, 94 (4th Cir. 1997). Insofar as this case concerns the appeal from the order denying the motion to vacate the default judgment, we affirm on the reasoning of the district court. See Choice Hotels Int'l v. Shiv, L.L.C., No. CA-00-901-AW (D. Md. filed Aug. 8, 2000; entered Aug. 9, 2000). We also affirm the court's marginal order denying the motion for reconsideration. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2